USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/23

# MEMO ENDORSED

## JAMES GREENBERG, P.C.
### 240 Kent Avenue, Suite B13
### Brooklyn, New York 11249

James K. Greenberg, Esq.
Email: jim@jamesgreenberglaw.com

Ran Mukherjee, Esq.
Email: ran@jamesgreenberglaw.com

*Of counsel*
Seth Harris, Burns & Harris, P.C.

(212)545-7337 *main line*
(917)262-0745 *direct dial*
(917)591-4999 *e-fax*

April 12, 2023

United States District Judge Louis L. Stanton
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Sandra Reyes v. Maribel Nova**
**Docket #: 22-cv-09775-LLS**

Hon. Judge Stanton:

This law firm represents Plaintiff Sandra Reyes in this newly commenced action. We write regarding the initial conference currently scheduled for April 14, 2023. Both I and my partner Ran Mukherjee will be out of State, and we respectfully request a brief adjournment of the conference.

I have conferred with Mony B.P. Yin, Esq. of Perez Morris, counsel for Defendant, and she consents to adjourn to any date after April 24, 2023, and suggests April 26 or 28, or after May 15, 2023.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*James K. Greenberg*

JKG:nr

April 28
at 2:30 P.M.
Louis L. Stanton
4/12/23