ORIGINAL

MEMO ENDORSED

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**AARON C. GROSS, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
Agross@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

February 20, 2024

VIA ECF

Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Sandra Reyes v. Maribel Nova
      Case No. 1:22 - cv – 09775-LLS

Dear Judge Stanton:

Please be advised that my office represents the defendant, Maribel Nova, with regard to the above referenced matter, having recently been substituted in as new defense counsel as of February 1, 2024.

In that regard, I recently became aware that the Court had previously scheduled a status conference for February 2, 2024 that had then been administratively adjourned to February 23, 2024. Unfortunately, I will be out of the country on vacation starting February 22, 2024 and returning to the office February 29, 2024, and as such will be unable to attend the conference.

In light of same, I am requesting, on the consent of plaintiff's counsel, that the conference scheduled for February 23, 2024 be adjourned for a week until March 8, 2024, if that is acceptable by the Court. This is the first request for an adjournment made by my office.

Thank you in advance for your courtesy in this matter.

Respectfully submitted,
SOBEL PEVZNER, LLC.

/s/ Aaron C. Gross
Aaron C. Gross

*[Handwritten endorsement: Adjourned to Friday March 8 at 12:30. So Ordered. Louis L. Stanton 2/22/24]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/24