ORIGINAL



# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**GARY J. ROBBINS, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
GRobbins@SobelPevzner.com

**MEMO ENDORSED**

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

December 3, 2024

VIA ECF

Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/24

Re:  Sandra Reyes v. Maribel Nova
     Case No. 1:22-cv- 09775-LLS

Dear Judge Stanton:

My office represents the defendant, Maribel Nova, in connection with the above-mentioned matter.

A Pretrial Conference is currently scheduled to be held before Your Honor, on December 6, 2024. I have a scheduling conflict on this day and will not be available to attend the conference.

In light of same, I am requesting, on the consent of plaintiff's counsel, that the Pretrial Conference scheduled for December 6, 2024 be adjourned until January 3, 2025, if that is acceptable by the Court.

Thank you in advance for your courtesy in this matter.

Respectfully submitted,

SOBEL PEVZNER, LLC

/s/ *Gary J. Robbins*
Gary J. Robbins

It is adjourned to Jan. 10, 2025 at 12:30 P.M.
So Ordered.
Louis L. Stanton
12/4/2024