ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA REYES,

               Plaintiff,

    - against -

MARIBEL NOVA,

               Defendant.

22 Civ. 9775 (LLS)

SCHEDULING ORDER

    As discussed at today's conference, the pre-trial deadlines are as follows:

- Defendant's counterfindings of fact: January 22, 2025
- Plaintiff's response: February 26, 2025
- Joint pre-trial order: March 12, 2025
- Trial briefs, proposed voir dire questions, and proposed jury instructions: March 24, 2025
- Final pre-trial conference: April 11, 2025, 12:00 PM
- First day of trial: April 14, 2025

    So ordered.

Dated:    New York, New York
            January 10, 2025

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                           U.S.D.J.