ORIGINAL

MEMO ENDORSED

**GREENBERG & MUKHERJEE, P.C.**
356 Wythe Ave, Suite 300
Brooklyn, New York 11249

James K. Greenberg, Esq.
Email: jim@jamesgreenberglaw.com

Ran Mukherjee, Esq.
Email: ran@jamesgreenberglaw.com

*Of counsel*
Seth Harris, Burns & Harris, P.C.

(212) 545-7337 *main line*
(646) 998-4240 *direct dial*
(917) 591-4999 *e-fax*

April 7, 2023

United States District Judge Louis L. Stanton
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **Sandra Reyes v. Maribel Nova**
> **Case Number: 1:22-cv-09775-LLS**

Hon. Judge Stanton:

This law firm represents Plaintiff Sandra Reyes in this action. We write to request a one-week adjournment of the pretrial conference from this Friday, April 11, 2025, to next Friday, April 18, 2025.

This is the first request for adjournment of this conference. Since the Court previously adjourned the trial one week, the requested adjournment of the conference should be possible without disruption of the trial schedule. In the alternative, Plaintiff's trial counsel could attend the conference by telephone on the currently scheduled date of April 11, 2025.

I have conferred with Defendant's counsel who consented to this request.

Respectfully submitted,

Ran Mukherjee

---

*Handwritten endorsement:* Adjourned to 2 o'clock P.M. on Friday April 18, 2025.

Louis L. Stanton
4/7/25