```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDRA REYES,

                Plaintiff(s),

22 CIVIL 9775 (LLS)

     -against-

**JUDGMENT**

MARIBEL NOVA,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Jury Verdict dated April 23, 2025 taken before the Honorable Louis L. Stanton, United States District Judge, judgment is entered in favor of the defendant Maribel Nova; accordingly, the complaint is dismissed.

**DATED**: New York, New York
          April 25, 2025

                              **TAMMI M. HELLWIG**
                                Clerk of Court

                By: _____
                              Deputy Clerk

So Ordered:

_Louis L. Stanton_
**Louis L. Stanton**
**United States District Judge**  4/25/25